UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

SOJIDA BAKOEVA

Defendant(s).
-------------------------------------------------------------X

Defendant __SOJIDA BAKOEVA__ hereby voluntarily consents to participate in the following proceeding via __✓__ videoconferencing or __✓__ teleconferencing:

__✓__  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__✓__  Bail/Detention Hearing

___  Conference Before a Judicial Officer


__/s/ Sojida Bakoeva/PJ__  __/s/ Patrick Joyce__
Defendant's Signature                        Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__SOJIDA BAKOEVA__              __PATRICK JOYCE__
Print Defendant's Name                        Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__13 Aug 2020__                                   _____ USMJ
Date                                                           U.S. District Judge/U.S. Magistrate Judge